# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PASCHA STOIT NIERENHAUSEN, )
)
      *Plaintiff*, )
)
v. )      Civil Action No. 25-2300  (UNA)
)
THE UNITED STATES, *et al.*, )
)
      *Defendants*. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), and *pro se* Complaint (ECF No. 1).  The Court GRANTS the application and DISMISSES the complaint and this civil action without prejudice.

As best the Court can tell, having reviewed the complaint and exhibits, this action pertains to the custody of Plaintiff's daughter.  Generally, "a federal court will not take jurisdiction over a case if that would require it to grant a divorce, determine alimony or support obligations, or resolve parental conflicts over the custody of their children."  *Bennett v. Bennett*, 682 F.2d 1039, 1042 (D.C. Cir. 1982) (citations omitted); *see Ankenbrandt v. Richards*, 504 U.S. 689, 703 (1992).  Matters regarding the interests of Plaintiff's daughter are "within the peculiar province, experience, and competence of the state courts."  *Bennett*, 682 F.2d at 1039.

Because the Court lacks subject matter jurisdiction, the complaint and this civil action must be dismissed.  An Order is issued separately.

/s/
JIA M. COBB
United States District Judge

DATE: August 28, 2025